UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael O' Williams

_____

Write the full name of each plaintiff.

-against-

Amazon

_____

_____

Write the full name of each defendant. The names listed
above must be identical to those contained in Section I.

_____CV_____
(Include case number if one has been
assigned)

Do you want a jury trial?

☐ Yes    ☐ No

## EMPLOYMENT DISCRIMINATION COMPLAINT

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with
the court should therefore *not* contain: an individual's full social security number or full birth
date; the full name of a person known to be a minor; or a complete financial account number. A
filing may include *only*: the last four digits of a social security number; the year of an individual's
birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule
of Civil Procedure 5.2.

Rev. 1/24/19

## I.    PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Michael                    O.                    Williams
First Name                Middle Initial        Last Name

1877 Madison Street
Street Address

Queens                         NY                  11385
County, City                   State              Zip Code

929-568-7026                    Mo williams700@gmail.com
Telephone Number                Email Address (if available)

### B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:        Amazon
                    Name
                    270 Richards Street
                    Address where defendant may be served
                    Brooklyn              NY                  11231
                    County, City          State              Zip Code

Defendant 2:        _____
                    Name

                    _____
                    Address where defendant may be served

                    _____
                    County, City          State              Zip Code

Defendant 3:

_____

Name

_____

Address where defendant may be served

_____

County, City                    State              Zip Code

## II.    PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

DABS Amazon

Name

270 Richards Street

Address

Brooklyn                    NY              11231

County, City                    State              Zip Code

## III.    CAUSE OF ACTION

## A.  Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☐   **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☐   race: _____

☐   color: _____

☐   religion: _____

☐   sex: _____

☐   national origin: _____

Page 3

☐ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is: _____

☐ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year: _____

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is: _____

☐ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is: _____

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

## B. Other Claims

In addition to my federal claims listed above, I assert claims under:

☐ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☐ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☑ Other (may include other relevant federal, state, city, or county law):

<u>denial of employment rights</u>

## IV.    STATEMENT OF CLAIM

### A.    Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

☐    did not hire me

☑    terminated my employment

☐    did not promote me

☐    did not accommodate my disability

☑    provided me with terms and conditions of employment different from those of similar employees

☑    retaliated against me

☑    harassed me or created a hostile work environment

☐    other (specify): _____

_____

### B.    Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

Fired me for ndr carts after one warning. Harrassed me, refused my employment rights for an appeal. I have attached a write up

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

## V.    ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

☒ Yes (Please attach a copy of the charge to this complaint.)

When did you file your charge?    _June 2023_

☐  No

Have you received a Notice of Right to Sue from the EEOC?

☐   Yes (Please attach a copy of the Notice of Right to Sue.)

What is the date on the Notice?    _____

When did you receive the Notice?    _____

☒ No

## VI.   RELIEF

The relief I want the court to order is (check only those that apply):

☐   direct the defendant to hire me

☒ direct the defendant to re-employ me

☐   direct the defendant to promote me

☐   direct the defendant to reasonably accommodate my religion

☐   direct the defendant to reasonably accommodate my disability

☒ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here):

_Time away from work "pay". Denial of employee rights "pay", Harrassment "pay". Cause of mental fatigue, PTSD "pay"._

## VII.    PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that:
(1) the complaint is not being presented for an improper purpose (such as to harass,
cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are
supported by existing law or by a nonfrivolous argument to change existing law; (3) the
factual contentions have evidentiary support or, if specifically so identified, will likely
have evidentiary support after a reasonable opportunity for further investigation or
discovery; and (4) the complaint otherwise complies with the requirements of Federal
Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I
understand that my failure to keep a current address on file with the Clerk's Office may
result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to
proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 27/3/2024 | (signature) |
| Dated | Plaintiff's Signature |
| Michael | O. | Williams |
| First Name | Middle Initial | Last Name |
| 1877 Madison Street Apt. 2R | |
| Street Address | |
| Queens | NY | 11385 |
| County, City | State | Zip Code |
| 929-568-7021 | mo williams700@gmail.com |
| Telephone Number | Email Address (if available) |

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☑ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your
complaint. If you do not consent, please do not attach the form.



Michael Williams
2111 union Street 1r
Brooklyn, NY 11212

Dear Michael (EEID: 201320571):

This letter confirms that the date of involuntary termination of your employment with Amazon.com Services LLC is July 19, 2023.

You have executed a Confidentiality and Invention Assignment Agreement with the Company.  You are reminded that certain provisions of the agreement survive the termination of your employment with the Company and remain in full force and effect. Your agreement is available for review in the MyDocs portal for 90 calendar days after the end of your employment.

We wish you the best in your future endeavors.

Sincerely,
Amazon Human Resources

  

**Michael O. Williams**
**DHR No. 10227959 EEOC No.: 520-2023-06635**

Hello,

I complained multiple times while working at Amazon about the mistreatment.  The Hr Lady on site Peggy has the documents I filed while working to complain about mistreatment.

## Complaint A - Disciplinary warnings

### Working unauthorized hours

During my time at Amazon, I had issues with my Amazon App. I have never worked unauthorized hours. The site Lead James saw that he had sent out a schedule but I did not get a chance to see the schedule. He then let me come in manually as I couldn't pick the schedule but was eligible to.

The same event happened again where I didn't get a schedule to pick. The site lead James was not around so I called the ERC, the ERC confirmed that I should go in manually as the schedule was not on my app. I then confirmed with the second in charge Alvin as James was not in. Alvin said I could come in to.  I have never put in punches and not shown up to work and worked unauthorized hours.

When I came in Q Archer started harassing me. I explained the situation to him, in addition, the shift wasn't full. Another Manager Kevin was on site and saw my viewpoint. Another manager Ali also saw that the shift wasn't full and my name was supposed to be there on the system. I called the ERC and confirmed this and the ERC said I should call the ethics hotline because of Q Archer's behavior.  Q Archer caused me not to work those hours instead having to call the ethics hotline and ERC, Q also affected Kevins hours by him having to talk to the ERC as well. The Ethics hotline resolved the case with a  conclusion that  Q must not retaliate or harass me again based on this. The below tickets in the next section shows Q was disobedient again to management with his harassment and refusal to submit my ticket to me and disobedience to Karen.

Witness: ERC department, James (Site Lead), Kevin (Manager), Ali (Manager), Ethics hotline case - 220758156301

### Double Standard and Denial of Employee Rights

The tickets which are under my name were never sent to me to appeal. As an Amazon employee I have the right to receive any tickets which are documented under my name and a

right to appeal the documents.

First written warning - Safety was not sent to me. The basketball is a health ball given by Amazon for stress relief purposes. I was bouncing the ball prior to my shift starting. In addition, the head of safety in the building bounces a tennis ball while on duty walking around. The cameras can clearly show him doing so. This is a double standard and against my employee rights not receiving the ticket being put in. I told Rina my explanation and she acted like she wasn't going to give a ticket but instead it was hidden from me.

Witness: Safety Manager - Byan, Manager, Manager - Ali, warehouse associate - Shaun, Site Lead - James and other warehouse associates.

Second written warning - behavioral; My manager Q observed me using earbuds while working. When he approached me, I told him Karen " A manager higher than both of us", had told me it is okay to use one ear while I work. Q goes ahead to write a ticket on this without informing me or asking Karen which leads to this ticket going through. The ticket was also not sent to me as with my employee rights so I can appeal. In addition, Q omits my comments on the ticket.

Witness: Manager - Karen

Final written warning- Safety, Q Archer find ways to harass me when I come to work. We always stretch prior to work and I was doing push ups prior to work, other associates do worse some hang on the railing doing pull-ups. Again, I was held to a double standard and the ticket was not submitted to me for an appeal.

Witness: Shaun - warehouse associate

Supportive feedback document behavioral; I did not claim that the HR department allowed me to waive my launch, I actually showed them the document sent to me by Amazon, giving me the right to waive my launch. Even after seeing a signed document by Amazon, Ali still goes ahead and gives a ticket. Again, this ticket was not submitted to me as part of my employee rights to be given a chance to appeal. In addition, I had called HR which was escalated to the higher HR department and she determined that I did sign a waiver but still they gave a ticket and hid it from me.

Witness - Manager - Dolapo, ERC department, Amazon - meal waiver sent

Supportive feedback document - Termination; I was given a first time warning about riding carts and did not repeat the offense. Others have done so as you have stated earlier in your rebuttal letter. I was not given my chance to appeal which is against my employee rights as you have seen as well.

**Complaints Post - Termination**

I was eligible for an appeal as shown but was never given an appeal even after I had explained to HR what the circumstances were. I waited over 90 days, reported to the ethics hotline and had to go to the DHR to show I was eligible for an appeal. This is clearly against my employee rights, showing what I had to go through. The site lead James told them to send my Appeal but they still didn't. Till date I have not been granted re-employment at Amazon and was forced to be unemployed, till date, I only recently worked a temp position at uncommon goods and still looking for work.

In addition, this is the first time that the mail waiver was said to be unenforceable by Amazon, everytime we called the ERC and when the issue was escalated to the manager, they said my meal waiver stands. Why would Amazon send me a meal waiver in the first place? And stand by it.  I am not the only employee who worked through lunch. Ron and a few others did so as well but were not subject to such treatment. On my profile you will see multiple times where I called the ERC and they had to adjust my hours because of the meal times.

Alvin gave me permission to work on the day I was not scheduled and same with the ERC, not for random days of work.  Janise tried to attack me and she had to be pulled away. The cart was not locked another employee, Uche saw this and helped me out with the cart. She checked the cart and saw that it was too heavy. Janise is known for overstacking carts, Karen had mentioned that they should stop doing so as it is a safety violation. Janise was trying to force me break the rules and was angry when I mentioned Karen said not to. Both Janise and Q exhibit the same rebellion towards management.

Witness - Uche - Warehouse Associate, Karen - Manager, Ali - Manager, Amazon Cameras



**Littler CaseSmart® Program Mailing Address:**

Littler Mendelson, P.C.
Global Services Center
2301 McGee Street
Suite 800
Kansas City, MO 64108

## ALL INFORMATION CONTAINED HEREIN SHALL REMAIN CONFIDENTIAL

November 16, 2023

**VIA email: InfoBrooklyn@dhr.ny.gov**

William LaMot, Regional Director
NYS Division of Human Rights
Brooklyn Regional Office
55 Hanson Place, Room 304
Brooklyn, New York 11217

> **Re:    Michael O. Williams vs. Amazon.com Services LLC[1]**
> **SDHR No. 10227959**
> **EEOC No.: 520-2023-06635**

Dear Regional Director LaMot:

This letter and the attached documentation constitute the Position Statement from Amazon.com Services LLC ("Amazon" or "Respondent") in response to the Verified Complaint filed by former employee, Michael O. Williams ("Complainant" or "Complainant").[i] Amazon denies Complainant's allegations of discrimination based on national origin and race/color, harassment, and retaliation.

Amazon terminated Complainant for violating the Safety Standards of Conduct when he rode a pick cart like a scooter while on duty.[2] Complainant admitted to the conduct during the investigation and does not deny that he engaged in such conduct in the instant Complaint. Using a pick cart as a scooter is considered a Category 1 safety infraction that warrants termination on the first offense. Complainant engaged in such conduct even though he received training on proper cart-handling. Before his termination, Complainant also violated various workplace policies for conduct he admitted to and for which he received corrective actions, *i.e.,* bouncing a basketball while working, wearing headphones while working, and exercising while on duty. He also received corrective actions for failing to adhere to his work times by working unscheduled, unapproved hours, and for failing to adhere to break time policies. As no discrimination, harassment, or retaliation occurred, Amazon respectfully requests that the Division dismiss the Complaint.

## I.    AMAZON AND ITS RELEVANT POLICIES

---

[1] Charging Party incorrectly names "Amazon" as the respondent in this matter. The correct respondent is Amazon.com Services LLC.

[2] A pick cart is a mobile, rolling piece of equipment used to move items from one location to another.

Regional Director LaMot
November 16, 2023
Page 2

Amazon operates a facility (referred to as a Fulfillment Center) in Brooklyn, New York ("DAB5") where Complainant worked.

## A. Amazon is an Equal Employment Opportunity Employer

Amazon is fully committed to providing its employees a work environment free from discrimination and harassment. Amazon has a strict Equal Employment Opportunity ("EEO") policy that upholds Amazon's strict prohibition on discrimination and harassment in the workplace. *See* **Exhibit 1- EEO Policy**. In part, the EEO policy states:

> It is the policy of Amazon that there will be no discrimination against any associate or applicant for employment on the basis of race, religion, creed, color, national origin, citizenship, . . . or other legally protected status. This policy pertains to all personnel-related activities, including selection, hiring, benefits, work schedules, promotions, demotions, transfers, recruiting, advertising, reductions-in-force, terminations and all forms of compensation and training. A strong commitment by each associate is necessary to ensure equal employment opportunity for all.

**Exhibit 1**. The EEO policy goes on to state:

> Any associate who believes that he or she has been discriminated against or has suffered from harassment or retaliation for reporting discrimination or harassment should report it to his or her manager, or to any member of management at Amazon, or to Human Resources. . . .
>
> Amazon will not tolerate or permit any associate to suffer retaliation of any kind or to suffer any adverse employment action as a result of reporting an unlawful discrimination or harassment claim.

*Id.*

## B. Amazon is committed to a safe and respectful work environment.

Amazon is committed to providing a safe and respectful work environment for everyone that is free from all forms of harassment. *See* **Exhibit 2 - Workplace Harassment Policy**. Amazon strictly enforces this policy and anyone who violates it will face discipline, up to and including termination of employment. The policy provides in part:

> Harassment is defined as unwelcome verbal or physical conduct that offends, humiliates, or intimidates an individual because of any characteristics covered by Amazon's Equal Employment Opportunity Policy including but not limited to race, color, religion...gender...such harassment may include conduct that creates an intimidating, hostile or offensive work environment, or unreasonably interferes with an employee's work performance.

Regional Director LaMot
November 16, 2023
Page 3

*Id.*

Further, Amazon provides its employees multiple ways to report any alleged inappropriate or harassing behavior, including reporting the incident to a manager, Human Resources or the Ethics Hotline. *Id.*

Amazon also does not tolerate retaliation and specifically clarifies in its policy that retaliation is a "negative action taken in response to someone reporting harassment, participating in an investigation, or engaging as an active bystander.  Retaliation of any kind will not be tolerated against an employee who makes a report or participates in an investigation or proceeding related to harassment." *Id.* The policy further specifies that "[n]egative action does not include regular performance management, unless new action is taken because of the filing of a report of harassment, participating in an investigation, or engaging as an active bystander. *Id.*

### B. Amazon's Standards of Conduct

Amazon's Employee Handbook also contains a robust policy for workplace conduct titled "Standards of Conduct." *See* **Exhibit 3 - Amazon's Standards of Conduct Policy**. The "Standards of Conduct" policy states, in relevant part, that Category 1 offenses, such as, "[v]iolation of safety policies, procedures, standards, regulations, or laws" are regarded as "extremely serious" and termination of employment may result following one offense.  Additionally, Amazon is committed to providing a safe working environment and, accordingly, has implemented "Safety Standards of Conduct". *See* **Exhibit 4 – Safety Standards of Conduct**. "Category 1" behaviors are considered "extremely serious" and "termination of employment will likely result following one offense." *Id.*  Examples of such conduct include "[u]nauthorized use of equipment" including "[i]ntentional misuse of equipment (racing, crashing snow-plowing, horseplay, unauthorized load transport)." *Id.*

Amazon also prohibits the use of personal electronic devices, including headphones, while working to avoid the risk of serious injury at work. *See* **Exhibit 5 – Policy: Mobile Phone Use**.  The "use of earbuds or headphones" while working are considered Category 2 infractions that are "serious" and generally result in "progressive discipline". *Id.*

Complainant electronically acknowledged he had reviewed and understood Amazon's policies. *See* **Exhibit 6 - Policies and Procedures Acknowledgment Forms**.

## II.    MR. WILLIAM'S EMPLOYMENT WITH AMAZON[3]

---

[3] Initials are incorporated throughout to protect the privacy of non-parties.

Regional Director LaMot
November 16, 2023
Page 4

On April 15, 2023, Complainant began working for Amazon as a Part-Time Warehouse Associate at DAB5.  On April 26, he converted to a Seasonal Flex-Time Associate. On May 7, he assumed the role of a Permanent Flex-Time Sortation Associate at the same facility.[4]

### A. Complainant Receives Multiple Disciplinary Warnings

On June 22, 2023, Rina (Black/African American), a Process Assistant who Complainant refers to in his Complaint as "Renia," as observed Complainant bouncing a basketball and wearing headphones while working. When Rina requested that he take off the headphones, Complainant claimed that management and HR had no issues with him wearing headphones and claimed an Area Manager he refers to in his Complaint as "Karen" granted him permission to wear earphones. Amazon investigated the allegations and, contrary to his allegations, Karen had spoken to him several times about *not* wearing earphones while working. Complainant also confirmed he had been holding a basketball while working. Therefore, on July 5, Complainant received a First Written Warning for playing with a basketball while on duty in violation of Amazon's Safety Standards of Conduct. *See* **Exhibit 7 – Safety-First Written**.[5]  On July 12, Complainant also received a Second Written Warning for using headphones while working, which violated the Mobile Phone Use Policy. *See* **Exhibit 8 – Behavioral-Second Written**.[6]

On June 23, Complainant did sit-ups and push-ups while on duty. Amazon investigated the incident, which revealed that witnesses observed him exercising and Complainant had admitted to exercising to get his adrenaline pumping before working. After confirming that he had engaged in such conduct while on duty, on July 5, he received a Final Written Warning for violating Amazon's Safety Standards of Conduct. *See* **Exhibit 9 – Safety-Final Written**.

On June 28, Complainant received a Documented Coaching because he did not take lunch on June 23, which violating Amazon's Standards of Conduct policy by failing to adhere to break time policies. *See* **Exhibit 10– Behavioral-Documented Coaching**.[7] During a seek-to-understand conversation on June

---

[4] Williams also goes by the name "Laolu Olaoluwa Williams".

[5] The Safety Standards of Conducts outline the range of corrective actions available depending on the Category of the offense. There are four Safety Categories, with Category 1 focuses on the most serious infractions that can create risk of serious injury or loss of life; such infractions will likely result in termination after one offense.  Category 2 centers on behavior that create risk of significant injury to self or after and may result in a final written warning after one offense. Category 3 pertains to behavior that "create risk of injury to self or others", which may result in progressive corrective action up to and including a first written warning. Category 4 focuses on "incidents that are less severe than CAT 1, 2, 3 incidents"; these may result in progressive discipline up to and including documented coaching.

[6] For behavioral violations, progressive discipline is issued as two written warnings followed by Termination if the violations all occur within a 12-month period.

[7] We organized like events and the corresponding corrective actions based on the date of the incident. For this reason, the June 28 Documented Coaching and First Written Warning, which were delivered before the July 12

Regional Director LaMot
November 16, 2023
Page 5

23, Complainant claimed Amazon waived him from taking meal breaks. However, by law, meal waivers are unenforceable in New York, which had been explained to him. That same day (June 28, 2023), he received a First Written Warning for failing to take lunch on June 24. *See* **Exhibit 11 – Behavioral-First Written**. During a seek-to-understand conversation on June 24, he again asserted he was waived from taking lunch.

On June 30, an Area Manager Complainant refers to in his Complaint as "Q. Archer" (Black/African American) discovered that Complainant had worked unscheduled hours earlier in the week and that he had attempted to work an unscheduled shift again that same day. Amazon investigated the allegations, which included reviewing his time punch records that revealed he worked unscheduled hours on June 28 and June 29.[8] *See* **Exhibit 12 – MyTime records**. The investigation also found that Complainant worked unapproved hours on June 30. Amazon also found that Complainant violated the Working Hours policy because he admitted to not performing work on June 30 but submitted punches for that day.[9] Amazon did not issue corrective actions for these events because by the time it had completed its investigation, Complainant had been discharged for using a pick cart as a scooter.

### B. Amazon Terminates Claimant for a Cart-Riding Safety Violation

On July 12, an Area Manager Complainant refers to in his Complaint as "Ali" witnessed the Workplace Health and Safety Regional Manager–who had been visiting the Site and had no previous association to Complainant – correcting Complainant for riding a pick cart like a scooter while on duty after she saw him doing so. Complainant explained he rode the pick cart occasionally because he did not know it was a safety violation. Amazon investigated and determined that Complainant committed conduct amounting to "[u]nauthorized use of equipment" including "[i]ntentional misuse of equipment (racing, crashing snow-plowing, horseplay, unauthorized load transport)," which was a Category 1 safety violation, warranting termination on the first offense. *See* Ex. 1. Complainant had received training as to the safety standards, including what is considered to be proper cart handling. *See* **Exhibit 13 – Training Record**. Therefore, on July 19, Amazon terminated Williams for cart-riding, which violated the Safety Standards of Conduct. *See* **Exhibit 14 – Safety-Termination**.

### C. Complainant's July 2023 Post-Termination Complaint

On July 19, Complainant complained to Amazon that (1) the termination was retaliatory; (2) a white blanket had been stolen from his locker; (3) he was unaware that cart-riding was prohibited; (4) no

---

Behavioral Second Written Warning, are discussed after the Second Written Warning as such disciplinary actions were associated with June 23 and 24 incidents, while the Second Written Warning is associated with a June 22 incident.

[8] On June 28, Williams was not scheduled to work, but he worked from 1:05 a.m. to 9:04 a.m. On June 29, Williams was scheduled to start his shift at 9:10 a.m., but he started his shift at 6:33 a.m.

[9] Although Complainant punched in for work and was at work, he had not been performing his job duties. Instead, he informed Amazon that he had been on the phone with the Employee Resource Center for hours.

Regional Director LaMot
November 16, 2023
Page 6

training or policy prohibits cart-riding; (5) other employees engage in cart-riding; (6) he did not receive an appeals document although he was eligible to appeal since he met the 90-days of continuous work criteria; and (7) a Human Resources Business Partner he refers to in his Complaint as "Peggy" and Archer forced him to take lunch breaks despite his meal waiver.

Amazon found all Complainant's allegations unsubstantiated. Nothing substantiated that Amazon wrongfully terminated or retaliated against Complainant because, as mentioned, he been observed engaging in a safety policy violation that he also admitted to during the investigation. Amazon also confirmed that management did not condone cart-riding and that he had received training on proper cart-handling. Moreover, Amazon uncovered that the blanket referenced by Complainant had actually been an Amazon blanket provided to employees during an evacuation one chilly night. Amazon reviewed video footage and did not see anyone removing the Amazon blanket from Complainant's locker. Further, as to the allegations regarding his eligibility for appeal, Complainant was eligible for appeal. Due to an internal error, Amazon had mistakenly relied on his May 2022 date of conversion from a Seasonal Flex-Part Time employee to a Permanent Flex-Time employee, instead of his April 2023 hire date. Amazon has rectified this error. Finally, as to the allegations that Peggy and Archer forced Complainant to take lunch breaks even though he signed a meal waiver, as mentioned, meal waivers are unenforceable in New York, which had been communicated to Complainant multiple times.

### D. Complainant's August 2023 Second Post-Termination Complaint

On August 8, Complainant reported to Amazon that: (1) Archer and Peggy lied to him that the meal waiver law only applied in California; (2) Archer denied him work by blocking his timecard so he could not pick a shift; (3) an Operations Manager Complainant refers to in his Complaint as "Alvin" approved him to work certain shifts; (4) Archer was aggressive towards him when refusing to let him work, raised his voice at him, and gestured in a way to suggest he wanted to fight Complainant; (6) Ali refused to give him rewards for stowing and staging and, therefore, he was being "discriminated against for being a hardworking Type A personality;" (7) Rina  wrote him up for bouncing a basketball and using earphones even though Site Safety Representative who Complainant refers to in his Complaint as "Bryan"  (Black) bounced a tennis ball while working and a Warehouse Associate Complainant refers to in his Complaint as "Miguel" wore an earbud; (8) an Area Manager Complainant refers to in his Complaint as "Dolapo" (Black/African American) told him he could not work through lunch because his meal waiver period ended; (9) in June and July 2023, Archer inserted meal periods into his schedule; (10) he was almost physically assaulted in June 2023 by Process Assistant Janiece (Black/African American), who Complainant refers to in his Complaint as "Jainese," because she did not want him to stack the boxes properly on a cart or to tag the cart properly; and (11) he had yet to have his stolen blanket returned.

Amazon investigated and could not substantiate Complainant's allegations. Specifically, Amazon had previously informed Complainant that the meal waiver was not California-specific, but did not apply in New York, and Dolapo could not recall making any statements to Complainant about a meal waiver. As to Complainant's allegations that Archer denied him work by blocking his timecard, there is no possible function to "block" an employee's timecard; rather, Complainant had attempted to work unscheduled shifts, which resulted in Archer telling him he could not work unscheduled shifts. Although Complainant

Regional Director LaMot
November 16, 2023
Page 7

alleged that Alvin had given him permission to work whenever he pleased, during the investigation into the June 30th incident (discussed above) concerning Complainant working unscheduled hours, Alvin denied ever giving Complainant permission to work unscheduled shifts. Further, Archer denied raising his voice at Complainant and denied that their exchange came close to a physical altercation; an Area Manager verified Archer's account of that exchange. Further, there was no information to support that Ali refused to give Complainant rewards. The awards Complainant referenced pertained to productivity. Complainant never received such recognition because he was not a top stower and was below the average productivity rates between May and July 2023. Also, in June 2023, Amazon halted giving productivity awards for all employees at its New York sites while it evaluated its policies and procedures to ensure compliance with a change in New York law. Moreover, contrary to his allegations that Rina gave him write-ups for playing with a basketball and wearing headphones while working, Archer had delivered the written warnings, not Rina. As to his claim that Bryan could bounce a tennis ball, Amazon uncovered that Bryan had a stress ball at his desk that he denied bringing on to the work floor; however, the use of a stress ball did not violate safety protocols. As to his allegations that Archer forcefully inserted meal periods into his schedule, Amazon reviewed Complainant's time, which did not reflect that Archer had inserted meal periods into his schedules as there were no punch edits.

As to his allegations that Janiece almost physically assaulted him on or around June 23, 2023, Janiece recounted bringing him a cart to help expedite the picking process, as he was taking longer than normal to pick. Specifically, Complainant had nothing scanned and a driver had been waiting for his cart. In response, Complainant claimed Janiece was "harassing" him. When Complainant told Janiece that his cart was too heavy, she explained that the heaviness was due to the wheels of his cart being locked, which only angered Complainant and led to a shouting match between them, with Janiece repeatedly telling him that his wheels were locked. Although Complainant briefly walked away, he later returned to continue shouting at Janiece who, at that point, had began helping another employee. Ali witnessed the incident and noted that it did not come close to a physical altercation.

Finally, his allegations concerning the stolen blanket had already been investigated and found to be unsubstantiated (*see* Section C's discussion).

Accordingly, nothing substantiated any of Complainant's allegations.

### III. AMAZON DID NOT DISCRIMINATE AGAINST, HARASS, OR RETALIATE AGAINST COMPLAINANT.

#### A. Complainant cannot meet his burden to establish discrimination or harassment.

Complainant's discrimination and harassment claims lack merit for several reasons.

First, the Complaint is devoid of facts sufficient to support Complainant's discrimination claims based on national origin, race, or color. Complainant identifies no comments based on these protected categories. Moreover, he provides nothing to support that his disciplinary actions or any of the alleged events in his Complaint occurred because of his national origin or race/color. Rather, Complainant

Regional Director LaMot
November 16, 2023
Page 8

disagrees with the disciplinary actions given to him for conduct that he admits occurred. The record supports that before issuing corrective actions to Complainant for his improper conduct, Amazon looked into each incident to understand what occurred and met with Complainant, and such investigations revealed that Complainant indisputably violated Amazon's policies.

Notably, Amazon also investigated Complainant's various allegations in his internal complaints, most of which had been raised after his termination, and could not substantiate any of his concerns. Critically, there is no evidence to support Complainant's claims that Amazon discriminated against him by forcing him to take meal breaks when Amazon is legally required to provide such breaks. Likewise, not only are his allegations that Janiece "almost physically assaulted" him unsupported by the record, but he also fails to correlate such allegations to a protected classification. In reality, Janiece had been offering Complainant assistance in picking as he had been running behind in the execution of his work tasks. Similarly, Complainant's allegations that Amazon discriminated against him by not rewarding him for his work is premised on a classification not recognized by law, *i.e.,* a Type A personality, which makes his claim meritless. In any event, Complainant was not a top performer and Amazon had paused rewards for all employees while assessing a change in local law to ensure compliance with same. Finally, as to his allegations that Amazon stole his blanket, there is nothing to support that such theft occurred, much less that it occurred because of a protected classification. In fact, the alleged blanket was an Amazon blanket provided to employees during an evacuation. Regardless, Amazon did not find evidence that a blanket had been stolen.

Even assuming Complainant could establish a *prime facie* discrimination case, the record supports the legitimate, non-discriminatory reasons for Amazon's employment decisions. As to his termination, Complainant indisputably engaged in cart-riding, despite prior training that such conduct was prohibited, in violation of Amazon's Safety of Standards of Conduct policy and Amazon's Standards of Conduct policy, which was further supported by his own admission. Accordingly, his intentional misuse of equipment resulted in his termination consistent with company policy that identifies such conduct as a Category 1 infraction that warrants termination on the first offense. As for the other disciplinary actions for bouncing a basketball and wearing headphones while working, Complainant also does not deny engaging in such conduct that violated Amazon's policies, *i.e.,* safety policies and, as to the headphones use, Amazon's Mobile Phone Use policy. Moreover, Complainant had been advised on multiple occasions that he could not use headphones while on duty. Complainant cannot show that such employment actions were pretext for discrimination.

Moreover, Complainant does not assert facts to show that the alleged harassment rises above the level of petty slights and trivial inconveniences. Rather, Complainant's description of harassment in reality captures work directives or iterations of company policy with which he disagreed, *i.e.,* being told that bouncing a basketball and wearing headphones while working violated company policies. Similarly, he claims he had been blocked from selecting certain shifts, but, in reality, management advised him, more than once, that he could not work unscheduled, unapproved times – communications of company policy that Complainant disregarded. Further, Complainant construes management's attempt to assist him by providing him with a cart to expedite the picking process as harassment, but such actions do not rise above the level of petty slights and trivial inconveniences. Finally, Complainant frames being required to

Regional Director LaMot
November 16, 2023
Page 9

take lunch breaks as harassment although Amazon has explained to him, more than once, that such breaks are mandated by law and that meal waivers are not enforceable in New York, where he works; Amazon's compliance with local law is not harassment. For these reasons, Complainant's harassment claims likewise fail.

Accordingly, Complainant's discrimination and harassment claims should be dismissed.

**B. Amazon did not retaliate against Complainant.**

Complainant's retaliation claim is similarly flawed and should be dismissed.

First, Complainant asserts that Amazon retaliated against him by forcing him to take meal breaks and by allegedly blocking his shifts on an Amazon application to deny him work. As discussed, the meal breaks are required by law, and it is impossible to block his shifts as there is no blocking function. Rather, Complainant repeatedly attempted to work unscheduled and unapproved hours.

Second, nothing supports that Complainant engaged in protected activity. To the extent that he might believe that raising concerns about his meal breaks is considered protected activity, such contention fails because he was not opposing an unlawful activity. By law, meals waivers are not enforceable in New York where he worked, and Amazon is merely complying with the law. Even if the Division finds that he engaged in protected activity, doing does not insulate him from subsequent discipline or create an automatic presumption that any subsequent employer action adverse to the employee is retaliatory. An employee's intervening conduct erodes any causal connection between earlier protected conduct and a subsequent employment action. Here, there is no causal connection between any alleged protected activity and Amazon's employment decisions as Complainant had been disciplined for the non-retaliatory reason of violating Amazon's safety policies on multiple occasions by playing with a basketball while working, wearing headphones while working, and riding a cart as a scooter – all of which he admitted. Therefore, any inference of pretext for retaliation regarding his termination and the other aforementioned disciplinary actions is undermined by his own demonstrated policy violations. Thus, his retaliation claim fails and must be dismissed.

**IV.    CONCLUSION**

For the forgoing reasons, Complainant's claims fail on the merits. Accordingly, Amazon respectfully asks the Division to dismiss the Complaint.

Regional Director LaMot
November 16, 2023
Page 10


Sincerely,


/s/ Sofia Mitchell


Sofia Mitchell
816.788.7040 direct
816.817.1974 facsimile
somitchell@littler.com

SM/BT

Cc: Neil Alexander


Attachments

---

[i] The information and supporting documentation submitted herewith, and that which may be submitted hereafter, are strictly confidential. Such information and documentation shall not be used for any purpose other than the resolution of the current Complaint and shall not be disseminated to any person without Amazon's prior written approval.  *See* 42 U.S.C. §§ 2000e-5(b), 2000e-8(e); 29 C.F.R. §§ 1601.22, 1601.26; and 56 Fed. Reg. 10847, and applicable state and local laws.  In addition, this response is based upon our understanding of the facts and the information reviewed thus far. Although there has not been an opportunity for formal discovery or a complete formal investigation, this response is submitted for the purpose of aiding the agency in its investigation and facilitating the informal resolution of these matters. This response, while believed to be accurate, does not constitute an affidavit or binding statement of Amazon's legal position, nor is it intended to be used as evidence of any kind in any administrative or court proceeding in connection with Complainant's allegations. Because additional facts likely would be uncovered through discovery or following a full investigation, Amazon in no way waives its right to present new or additional information. Moreover, by responding to the Complaint, Amazon does not waive, and hereby preserves, any and all substantive and procedural defenses that may exist to the charge and Complainant's allegations. Amazon requests that any efforts to contact its current managers be directed through its counsel.

# EXHIBIT 1

REDACTED

REDACTED

# Equal Employment Opportunity

Amazon firmly believes in equal employment opportunity for all and the importance of each associate as an individual. It is the policy of Amazon that there will be no discrimination against any associate or applicant for employment on the basis of race, religion, creed, color, national origin, citizenship, marital status, sex, age, sexual orientation, gender identity, veteran status, political ideology, ancestry, the presence of any physical, sensory, or mental disabilities, or other legally protected status. This policy pertains to all personnel-related activities, including selection, hiring, benefits, work schedules, promotions, demotions, transfers, recruiting, advertising, reductions-inforce, terminations, and all forms of compensation and training. A strong commitment by each associate is necessary to ensure equal employment opportunity for all.

Any associate who believes that he or she has been discriminated against or has suffered from harassment or retaliation for reporting discrimination or harassment should report it to his or her manager, or to any member of management at Amazon, or to Human Resources. Upon receipt of the complaint, the company will conduct a prompt investigation and will take appropriate corrective action as may be warranted.

Amazon will not tolerate or permit any associate to suffer retaliation of any kind or to suffer any adverse employment action as a result of reporting an unlawful discrimination or harassment claim. Amazon will not discharge or in any other manner discriminate against employees or applicants because they have inquired about, discussed, or disclosed their own pay or the pay of another employee or applicant. However, employees who have access to the compensation information of other employees or applicants as a part of their essential job functions cannot disclose the pay of other employees or applicants to individuals who do not otherwise have access to compensation information, unless the disclosure is (a) in response to a formal complaint or charge, (b)

Owner's Manual and Guide to Employment – U.S. – February 2022

in furtherance of an investigation, proceeding, hearing, or action, including an investigation conducted by the employer, or (c) consistent with the contractor's legal duty to furnish information.

Redacted

Redacted

Redacted

Redacted

# EXHIBIT 2

Owner's Manual and Guide to Employment – U.S. – February 2022

REDACTED

REDACTED

REDACTED

## Workplace Harassment

Amazon is committed to providing a safe and respectful work environment for everyone that is free from all forms of harassment, whether based on sex, or any other characteristic covered by Amazon's Equal Employment Opportunity Policy. We are committed to treating all incidents of harassment seriously and will promptly investigate all reports. Anyone who violates this policy will face discipline, up to and including termination of

24

employment.

This policy applies to all conduct that negatively impacts the work environment or reasonably interferes with an employee's ability to perform their job duties.

Conduct prohibited by this policy is unacceptable in the workplace and in any work-related setting outside the workplace, including but not limited to:

- Business trips, meetings, dinners, and conferences;

- Training sessions;

- Social events, including non-business related social events; and,

- Communications transmitted in hard copy or via social media sites, text messaging, messaging systems and other electronic forms, including those circulated outside the workplace.

This policy applies to all Amazon employees and non-employees involved in our business, including temporary workers, contractors, vendors, consultants, clients, customers, or sellers, when they interact with our employees.

This policy is intended to be consistent with federal, state, local, and country laws prohibiting discriminatory harassment. In addition to this policy, employees in California, Oregon and New York should review the following supplemental policy applicable to their state:

- Amazon Harassment Policy for California Employees
- Oregon Workplace Fairness Policy
- New York Sexual Harassment Information Sheet

## Harassment

Harassment is defined as unwelcome verbal or physical conduct that offends, humiliates, or intimidates an individual because of any characteristics covered by Amazon's Equal Employment Opportunity Policy including but not limited to race, color, religion, national origin, sexual orientation, gender, gender stereotypes, marital status, disability, age, pregnancy, medical condition, and veteran's status. Such harassment may include conduct that creates an intimidating, hostile, or offensive work environment, or unreasonably interferes with an employee's work performance. Examples of harassment include:

- making obscene gestures;

- making racial or ethnic slurs, or drawing or displaying racial or ethnic graffiti;

- leering or staring at someone;

- making sexist remarks or stereotypical comments bases upon gender; and,

- making jokes about a person's race, national origin, disability, or any other protected characteristic.

## Sexual harassment

Sexual harassment is unwelcome and offensive conduct of a sexual nature, or on the basis of sex and gender, which offends, humiliates, or intimidates any person. Anyone can be the target of sexual harassment, regardless of the gender of the harasser, and regardless of the position or level of the target or the harasser. What matters is that the conduct is unwanted and unwelcome by the person to whom the conduct is directed or a person who otherwise experiences the conduct.

Sexual harassment may involve requests for sex or other unwelcome verbal or physical conduct of a sexual nature or based on sex, whether or not the harasser is sexually or romantically interested in the individual who experiences the conduct. Such conduct violates this policy when (1) submission to or rejection of the conduct is

25

the basis for an employment decision affecting an applicant or employee or a condition of employment; or (2) the conduct has the purpose or effect of creating an offensive or intimidating work environment; or (3) the conduct so severe or pervasive that is unreasonably interferes with an individual's ability to perform their job.

Examples of sexual harassment include, but are not limited to:

- requests or demands of sexual favors, including unwelcome sexual flirtations, romantic attention, repeatedly asking a person out on a date that they declined, or propositions in exchange for preferential treatment;

- insulting or obscene sexual or sex-based comments, sexual jokes, or use of sexually explicit language, including comments about an individual's body or appearance;

- unwanted physical contact or gestures (i.e., touching, grabbing, or rubbing up against a person);
- circulating sexual pictures or videos; and,

- harassment based on an individual's sexual orientation or gender identity (i.e., teasing a man who is feminine, a woman who is masculine, or LGBTQ status).

## Methods of Communication

Conduct may result in a violation of this policy whether in person, on the phone, or over electronic communications, including but not limited to: hand-written notes or cards; internal messaging sites like Chime or Skype; email, voicemail, or text message; dating and social media sites like Instagram, Facebook, Snapchat, Twitter, WeChat, or WhatsApp; and anonymous and/or print or electronic bulletin board communications like Blind. This includes communications circulated outside the workplace that may interfere with an employee's ability to perform their duties.

## Work-related exposure to potentially offensive materials

Owner's Manual and Guide to Employment U.S. December 2021 In many areas of our business, we create, market, and distribute products and programming that is adult themed, sexually explicit, or includes images and speech related to personal characteristics such as race, religion, sexual orientation, gender, gender identity, national origin, disability, and age.

Employees may be exposed to materials that some may consider offensive. Mere exposure to products and programming does not violate this policy, however use of any product or programming by one employee to harass another employee would violate this policy. Employees should discuss any concerns about their exposure to this material or their work environment with their work environment with their manager, Human Resources, or by calling the Ethics hotline.

## Consensual relationships

At times, consensual, romantic, or sexual relationships between co-workers may occur. When such as relationship is between an employee who has supervisory authority and one who does not, an actual or perceived conflict of interest may exist. Therefore, these situations should be avoided. If such relationships arise, they must be immediately and proactively disclosed to HR by all parties on or about the start of the relationship. They will be

considered carefully, and appropriate action will be taken. Such action may include a change in the responsibilities of the people involved, re-assignment or transfer of location. Failure to disclose a consensual relationship between an employee who has supervisory authority and one who does not may result in disciplinary action, up to and including termination of employment.

If applicable, visit: Policy: Consensual Relationship (CS and FC) – US.

Amazon (Williams, Michael O.)          Non-Confidential Position Statement Exhibits          000007

Owner's Manual and Guide to Employment – U.S. – February 2022

## Engaged Bystanders

Bystanders are those who witness inappropriate conduct. They are an important ally in fostering a culture of respect where employees work collectively to identify, address, and prevent workplace misconduct. They can be advocates for those who might not feel comfortable speaking up for themselves.

Bystanders who witness inappropriate conduct are encouraged to take steps to address it, such as offering support to the target of the inappropriate conduct, addressing the conduct directly (in the moment) or privately (after the fact). Doing so may have the effect of stopping the behavior at the early stages. Bystanders who witness inappropriate conduct are encouraged to report it to their manager, Human Resources, or the Ethics Hotline.

Bystanders who are managers are required to address inappropriate conduct - if you see it, hear it, or hear about it, it must be addressed and reported to HR. Failure to address inappropriate conduct may subject managers to disciplinary action.

## Reporting Inappropriate Conduct

If an employee experiences conduct that they believe is inappropriate or harassing by anyone, the employee has the option, but is not required, to advise the offender that their behavior is unwelcome and request that it stop. The employee should report the incident to a manager, Human Resources, or the Ethics Hotline so a prompt, thorough, and impartial investigation can be conducted. Managers who learn about or observe behavior that may be in violation of this policy must report the incident to their manager, Human Resources, or the Ethics Hotline.

## Investigation of Harassment Complaints

Owner's Manual and Guide to Employment U.S. December 2021 Amazon will promptly investigate reports of harassment or inappropriate conduct. To the extent possible, the privacy of all involved parties will be protected, except as necessary to conduct a thorough investigation. Prompt, appropriate, and proportionate corrective action will be taken to stop the offending behavior, as Amazon deems appropriate under the circumstances.

## Retaliation

Retaliation (or victimization) is a negative action taken in response to someone reporting harassment, participating in an investigation, or engaging as an active bystander. Retaliation of any kind will not be tolerated against an employee who makes a report or participates in an investigation or proceeding related to harassment. If an employee believes that they have been retaliated against for making a report of harassment, or participating in an investigation or proceeding related to harassment, they should report their concerns immediately to their manager, Human Resources, or the Ethics Hotline.

Negative action does not include regular performance management, unless new action is taken because of the filing of a report of harassment, participating in an investigation, or engaging as an active bystander. The negative action does not need to be job-related or occur at work to be considered retaliatory. A report of retaliation will be investigated and, if substantiated, appropriate disciplinary action will be taken.

The provision is not intended to protect anyone from discipline if it is established that the employee intentionally made or supported a false report of harassment or made a report other than in good faith.

# EXHIBIT 3

Amazon (Williams, Michael O.)          Non-Confidential Position Statement Exhibits                    000009

# Appendix - Standards of Conduct

## Standards of Conduct

The Standards of Conduct are a list of examples of infractions that may result in corrective action, up to and including termination of employment. The Standards of Conduct are only guidelines. It is not possible to list all the forms of behavior that are considered unacceptable in the workplace, and the Standards of Conduct is not intended to be all-inclusive or exhaustive. As an at-will employer, Amazon reserves the right in all circumstances to apply any level of corrective action as appropriate, up to and including immediate termination of employment, without prior corrective action or notice for conduct in either category or for conduct not described in the Standards of Conduct. Employment with Amazon is at the mutual consent of Amazon and the associate, and either party may terminate that relationship at any time, with or without cause, and with or without advance notice.

## Category 1

The following work conduct infractions are regarded as extremely serious, and termination of employment may result following one offense:

- Disrespect or rudeness to an Amazon customer
- Theft or inappropriate removal or possession of property
- Assaulting, threatening, intimidating, coercing, or interfering with supervisors or fellow associates
- Making unauthorized statements on behalf of the company to the press or in any public forum (as only the company's authorized spokespersons may make authorized statements)
- Use or possession of dangerous or unauthorized materials such as hazardous chemicals or explosives, or use or possession of firearms, knives, explosive devices of any kind, or weapons of any kind
- Violation of the company's Health and Safety policy including possession, distribution, sale, transfer, or use of alcohol or illegal drugs in the workplace, while on duty or on breaks, or while operating employer-owned or leased vehicles or equipment
- Fighting or threatening violence in the workplace
- Gross misconduct
- Gross negligence
- Sexual or other unlawful or unwelcome harassment
- Making, publishing, or repeating knowingly or maliciously false statements concerning an associate, the company, or its products
- Discriminating against a fellow associate or prospective associate on the basis of race, religion, creed, color, national origin, citizenship, marital status, sex, age, sexual orientation, gender identity[1], veteran status, political ideology, ancestry, or the presence of any physical, sensory, or mental disabilities or other legally protected status
- Negligence or improper conduct leading to damage of employer-owned, employer-leased, or customer owned property
- Insubordination or intentional disregard of instructions
- Falsification of personnel or other company documents/records, including employment application
- Unauthorized removal of company documents
- Unauthorized disclosure of business "secrets" or confidential information
- Intentionally making entries on another associate's time card/sheet, or falsely altering a timekeeping document
- Leaving company premises without permission during assigned work hours (unpaid meal periods and paid rest breaks are not "work hours" for purposes of this policy)

28

Owner's Manual and Guide to Employment – U.S. – February 2022

- Failure to fully cooperate with company investigations (except for questions regarding labor organizations or protected concerted activity)
- Violation of safety policies, procedures, standards, regulations, or laws
- Creating a hazardous or dangerous situation
- Engaging in any conduct that places the health and safety of any person at risk
- Violation of personnel policies
- Violation of security policies, procedures, processes, or instructions
- Violation of the Anti-Sex Buying Policy

REDACTED

Amazon (Williams, Michael O.)    Non-Confidential Position Statement Exhibits    000011

# EXHIBIT 4

Amazon (Williams, Michael O.)                Non-Confidential Position Statement Exhibits                8000012

Safety Standards of Conduct-Module ID: 16225

Amazon is committed to providing a safe and healthy work environment. To achieve this, we take steps to educate all our associates, as well as those that visit our sites, on our safety rules, policies, procedures, and guidelines. We then monitor the workplace for performance and conformance.

An injury can worsen if ignored or others may be at risk if workplace hazards are not addressed. *Therefore, you must report all injuries, near misses, or workplace hazards to a member of management as soon as you become aware of them. All incidents and near-misses will be investigated to accurately identify the root causes and managers are expected to take all appropriate actions immediately.*

Associates have the right and responsibility to report any work-related injury or illness, near-misses, unsafe working conditions, or hazards. Amazon has a no-retaliation or discrimination policy that fosters an open door culture so we can work together to promote positive change. Self-reporting of near-miss incidents that did not injure or cause property damage will be free of retaliation, discrimination, or corrective action. Exception being if the individual reporting has a documented history of similar incidents.

The Safety Standards of Conduct identify workplace hazards and recommend corrective action when safety rules, policies, procedures, or guidelines are not followed. It is impossible to include all behaviors that may pose risk to oneself or others. Therefore, the Safety Standards of Conduct provide a list of examples of potentially unsafe behaviors that serve as guidance on the types of behaviors that may result in corrective action, up to and including termination of employment. It is important to note that disciplinary procedures will only be followed if an investigation deems an associate breached a safety rule, policy, procedure, or guideline. Site Safety leaders and Site Operations leaders are responsible for investigating safety violations and then partnering with Site HR prior to any disciplinary action being administered. All discipline MUST be recorded as ADAPT feedback.

**CATEGORY 1** – Behaviors that create risk of serious injury or loss of life are regarded as extremely serious, and termination of employment will likely result following one offense. Any exception to termination requires ADAPT approval by the Site Leader and Regional Operations Leader. For approved exceptions, the minimum corrective action must be a final written warning. Category 1 violation examples:

- Unauthorized use of equipment:
    - Unauthorized use of any Amazon or 3ʳᵈ party equipment
    - Intentional misuse of equipment (racing, crashing, snow-plowing, horseplay, unauthorized load transport)
- Safety Equipment:
    - Bypassing or unauthorized removal of machine safeguarding safety devices: Intentionally bypassing a safety device (ex. tampering with an equipment's safety mechanism such as a conveyor e-stop, or removing safety guards)
    - Failure to wear PPE for At Height or Electrical Work: Not wearing required PPE for high-risk tasks including working at heights greater than 4 feet (1.2 meters) or when performing electrical work
- Unauthorized Entry:
    - Unauthorized entry into Amazon robotic floor or robotics work cell
    - Unauthorized permit required confined space entry: Entering a permit required confined space without completing a pre-task hazard assessment and obtaining a confined space permit
    - Walking within safety radius in a designated commercial vehicle drive lane when the lane is active with vehicular traffic as defined by yard procedures ***Reliability & Maintenance Engineering and Base Building Maintenance employees may perform work in commercial drive lanes when following an approved network Job Safety Analysis***
- Hazardous Energy:

- o   Failure to isolate and control hazardous energy: Disregarding the Hazardous Energy Control Policy (Lock Out Tag Out); for example, failure to lock out/tag out equipment when required, or performing live electrical work without the properly completed energized electrical work permit
- o   Crawling under, sitting, riding, stepping or walking on or over any conveyor.  ***Trained Reliability and Maintenance Engineering employees may perform work on or under conveyors provided that the equipment is
- o   guarded to OEM design OR
- o   de-energized & locked out where adequate guarding is not in place AND
- o   (if working at height) designed and designated as a walking and working surface AND
- o   (if working at height) has an approved engineered fall solution and processed through the Change Management process.***
- o

- Trailer Dock Release (TDR):
  - o   Releasing a trailer with equipment or people inside
  - o   Not engaging the dock restraint when a dock restraint exists and is functioning properly
  - o   Not using a spotter when one is required for completing yard tasks
  - o   Not placing other secondary safety devices when required when a dock restraint does not engage or does not exist, or for pup trailers.
- Transportation:
  - o   Excessive speed in the yard (exceeding 25 mph)
  - o   Knowingly driving off of Amazon property (without all appropriate authorizations)
  - o   Assisting a third party carrier with equipment issues (AAs should not ever assist third party carriers with mechanical problems, coupling, etc. 3rd party equipment issues should be escalated via Case Management or to Site Safety.)

**REDACTED**

# EXHIBIT 5

Amazon (Williams, Michael O.)          Non-Confidential Position Statement Exhibits          000015

**Inside Amazon**

Skip to main content

English > Employee Resources and Amazon Tools > Policies by Location - Global > Policy: Mobile Phone Use (Worldwide Amazon Stores) – Global

# Policy: Mobile Phone Use (Worldwide Amazon Stores) – Global

Last Revised: 11/04/2022
Managed by:

This policy describes acceptable and safe use of personal mobile phones in the work place.

This policy applies globally in Worldwide Amazon Stores. It applies in these businesses, excluding Customer Service:

- Amazon Transportation Services (ATS).
- Consumer.
- Global Customer Fulfillment (GCF).
- Global Delivery Services (GDS).
- Global Specialty Fulfillment (GSF).
- Physical Stores (PS).

It applies to all Amazon employees, interns, visitors, and those doing work on behalf of Amazon. This includes vendors, contractors, Delivery Service Partner (DSP) owners and employees, and other third parties, and their owners and employees.

Overview
Additional support
FAQ

---

Amazon allows employees to keep their mobile phones with them while working. Amazon allows this so that you may be connected should personal emergencies arise.  Mobile phone use in working areas can create safety hazards and may also risk exposure of confidential, customer, proprietary, or other sensitive business information.

To promote employee safety while working, mobile phones should remain in a pocket or stored. Mobile phones may not be left out on working surfaces or on the floor. Mobile phone usage must be limited to approved rest breaks, meal periods, and when site leadership gives explicit permission. Mobile phone usage must be limited to non-working areas. If you receive an emergency call or text, you should appropriately stop what you are doing, move to a safe area, and respond. This policy will be applied in a way that is consistent with applicable local laws.

Managers may be required to use a mobile phone as they perform their regular duties. Managers must do so safely. Managers should minimize phone use in work areas.

Amazon is not responsible for loss or damage to your personal mobile phone while at work.

AUS Employees: A mobile phone may be used to take a photo or recording if the use is expressly authorized by Amazon or for a permitted purpose under applicable health and safety laws and does not present a risk to health and safety.

US Employees: Nothing in this policy or the Confidential Information and NDA Guidelines and Policy prohibits you from communicating about your own or your coworkers' wages, hours or working conditions, or from otherwise engaging in protected concerted activity. For more information, check the Confidential Employee Information FAQ.

Category 1: The following infractions are considered gross misconduct and may result in termination following one offense:

- Mobile phone use while driving.
- Mobile phone use while on the truck dock, in the truck yard, ramp, or tarmac.

- Mobile phone use in PIT lanes or while on or operating PIT.
- Use of a mobile phone or other device to photograph, live-stream, and/or make audio or video recordings.

Category 2: The following infractions are considered serious and generally result in progressive discipline:

- Mobile phone use while performing work tasks and walking.
- Use of earbuds or headphones.
- Use of a mobile phone to play games, music, videos, etc. outside of approved break areas.

If you have questions or concerns, reach out to your manager or PXT representative.

Can I use my phone on the ramp? (Amazon Air)

No. You should use the relocated lockers that help employees working on the ramp check their phones easily during breaks or in between ramp operations.

What steps do I need to take to bring my cell phone or other electronic devices into Amazon controlled spaces?

In some sites you may be required to register your mobile phones and other personal electronics. Reach out to the Loss Prevention or Site Security Facilitator at your site to confirm. For more information, see the GSO - Asset Management Standard - Global and your regional standards (GSO - Asset Management Standard – Global).

Report a Content Issue

# EXHIBIT 6

Acknowledged by ███████████ (Michael Williams on 4/6/2023 4 24:36 PM)



## POLICIES AND PROCEDURES ACKNOWLEDGMENT FORM – NAFC

**By clicking "Acknowledge" above, I acknowledge that I have access to copies of the following selected policies through MyDocs and that I am responsible for reading, understanding, and complying with these polices.**

- The Owner's Manual and Guide to Employment
- Leave of Absence (LOA)
- U.S. Background Check Policy
- Insider Trading Guidelines and FAQs

**By clicking "Acknowledge" above, I also understand that I am responsible for compliance with all Amazon Policies, which are available online at Inside Amazon > English > Employment > US Policies. These policies include, but are not limited to:**

- **Attendance Policy – US Fulfillment Center**
- **Cell Phone Use Policy**
- **Dress and Grooming Standards**
- **Holiday Pay Guidelines**
- **Holiday Blackout**
- **Overtime Policy**
- **Standards of Conduct**

I further acknowledge that Amazon may change, rescind, or add to any policies, benefits, procedures, or practices from time to time at its sole and absolute discretion, with or without prior notice. I agree that this document is not intended to be an express or implied contract; rather, it is a general statement of Amazon's policies. I understand and agree that my employment at Amazon is at will and may be terminated by either me or Amazon at any time for any reason, with or without cause, and with or without prior notice or warning.

**I understand that I can raise questions or concerns with my manager, human resources representative, or the Employee Resource Center.**

Acknowledged by [REDACTED] Michael Williams on 4/6/2023 4:24:28 PM)



## Workplace Harassment & Equal Employment Opportunity Policy
## Acknowledgment Form

**By clicking "Acknowledge" above, I acknowledge that I have access to a copy of the <u>Workplace Harassment &</u> <u>Equal Employment Opportunity Policy</u> through MyDocs and that I am responsible for reading, understanding, and complying with both policies.**

**By clicking "Acknowledge" above, I also understand the following:**

- I understand that Amazon is an equal opportunity affirmative action employer, and that discrimination or harassment against any employee or applicant for employment on the basis of race, religion, creed, color, national origin, citizenship, marital status, sex, age, sexual orientation, gender identity, veteran status, political ideology, ancestry, the presence of any physical, sensory, or mental disabilities, or other legally protected status will not be tolerated. This policy pertains to all personnel-related activities, including selection, hiring, benefits, work schedules, promotions, demotions, transfers, recruiting, advertising, reductions-in-force, terminations, and all forms of compensation and training.  A strong commitment by each employee is necessary to ensure equal employment opportunity for all.
- I understand that if I have any concerns that I am being subjected to any form of discrimination, harassment or retaliation in violation of Amazon's policies, I should immediately bring this to the attention of a human resources representative, my supervisor, any other manager, the Legal Department, or I should call <u>Amazon's Ethics Line</u> through which I can raise an anonymous complaint at any time.
- I understand that I am required to complete training in the first two months of my employment on the Workplace Harassment policy as a condition of my continued employment.


**I understand that I can raise questions or concerns with my manager, human resources representative, or the Employee Resource Center.**

# EXHIBIT 7

Acknowledged by associate on July 05, 2023, 11:37:40 AM - Delivered by ████ ,Ali██████

# Supportive Feedback Document
# Safety - First Written

**amazon**.com

**Associate Name:** Williams,Laolu ██████
**Manager Name:** Archer,Q ██████
**Created On:** July 05, 2023, 11:37:40 AM
**Active Days:** 30



## Summary

Your recent job performance is not meeting Safety expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your safety feedback:

| Level | Count | Most Recent |
|---|---|---|

## Details of Current Incident/Specific Concerns

On 06/22/2023, you committed a safety violation. Specifically, you were playing with basketball while on duty. A seek to understand conversation took place with you on 6/23/2023 to which you stated you were holding a basketball in the aisle during pick to buffer. During the course of the investigation, it was found that substantiated the claim of Amazon's Safety Standards of Conduct violation case, and result in First Written Warring.

## Areas of Improvement Required by Associate

Amazon is committed to providing a safe work environment, and it is everyone's responsibility to work in a safe, responsible manner and to call out unsafe situations. Adhering to Amazon.com's Safety Standards of Conduct is critical to maintaining this safe work environment and you are expected to follow these standards at all times. As detailed above, you failed to meet these expectations. Further violations of these standards may result in further corrective action, up to and including termination. expectations. Further violations of these standards may result in further corrective action, up to and including termination.

## Associate Comments

AA claims &quot;I was not aware at all that this was a safety hazard, I was bouncing the ball while waiting for items to pick, while doing this, Rina, the PA, came to me and told me to hand over the ball and stop bouncing the ball.&quot; This was the first time I was notified about this being a safety violation. The ball was a ball provided by amazon for the recreational basketball area.

**Associate Signature:** Acknowledged by Williams,Laolu ██████████        **Date:** July 05, 2023, 11:37:40 AM

**Manager Signature:** Acknowledged by ██████ ,Ali ██████████        **Date:** July 05, 2023, 11:37:40 AM

# EXHIBIT 8

Acknowledged by associate on July 12, 2023, 8:25:46 AM - Delivered by Archer,Q

# Supportive Feedback Document
# Behavioral - Second Written



**amazon.com**

**Associate Name:** Williams,Laolu
**Manager Name:** Archer,Q
**Created On:** July 12, 2023, 8:25:46 AM
**Active Days:** 60

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Verbal Coaching | 1 | June 24, 2023, 2:54:49 PM |
| First Written | 1 | June 24, 2023, 3:20:09 PM |
| Documented Coaching | 1 | June 24, 2023, 3:08:15 PM |

## Details of Current Incident/Specific Concerns

On 06/22/23 at 07:00, you were observed using earbuds/headphones while on the production floor. Earbuds/headphones use in working areas can create safety hazards and may also risk exposure of confidential, customer, proprietary, or other sensitive business information. Based on our discussion, you stated that a manager knows about it and its allowed. All mangers were confirmed that this is not allowed. This is a violation of our Mobile Phone Policy.

## Areas of Improvement Required by Associate

Safety is our top priority and must remain at the forefront of everything you do. As stated in the Mobile Phone Policy, Category Two offenses are considered serious and generally result in progressive discipline. Infractions may include: (1) Mobile phone use while performing work tasks and walking, (2) Use of earbuds or headphones, (3) Use of a mobile phone to play games, music, videos, etc. outside of approved break areas. Moving forward, you must ensure that you are following Amazon's Mobile Phone Policy. Future instances of violations may result in further corrective action, up to and including termination of employment. This Second Written will remain active for a period of 60 days from the date of issue.

## Associate Comments

AA acknowledges written warning.

**Associate Signature:** Acknowledged by Williams,Laolu                    **Date:** July 12, 2023, 8:25:46 AM

**Manager Signature:** Acknowledged by Archer,Q                    **Date:** July 12, 2023, 8:25:46 AM

# EXHIBIT 9

Acknowledged by associate on July 05, 2023, 11:41:22 AM - Delivered by ███████ ,Ali ███████

# Supportive Feedback Document
# Safety - Final Written

**amazon**.com

**Associate Name:** Williams,Laolu ███████
**Manager Name:** Archer,Q███████ )
**Created On:** July 05, 2023, 11:41:22 AM
**Active Days:** 90



## Summary

Your recent job performance is not meeting Safety expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your safety feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|
| | | |

## Details of Current Incident/Specific Concerns

On 06/23/2023, you committed a safety violation. Specifically, you were doing sit-ups and push-ups on the floor in aisle in-between pick to buffer racks while on duty. A seek to understand conversation took place with you on 6/23/2023 to which you stated I usually do sit-ups and push-ups before start of shift to get myself pumping. During the course of the investigation, it was found that substantiated the claim of Amazon's Safety Standards of Conduct violation case, and result in Final Written Warring.

## Areas of Improvement Required by Associate

Amazon is committed to providing a safe work environment, and it is everyone's responsibility to work in a safe, responsible manner and to call out unsafe situations. Adhering to Amazon.com's Safety Standards of Conduct is critical to maintaining this safe work environment and you are expected to follow these standards at all times. As detailed above, you failed to meet these expectations. Further violations of these standards may result in further corrective action, up to and including termination. expectations. Further violations of these standards may result in further corrective action, up to and including termination.

## Associate Comments

AA claims &quot;Amazon has allowed us to do stretches before starting work, I like doing stretches before work and during break time. I was doing situps and pushups to get my blood flowing prior to work. The cameras could show that the belt was not on. When my manager approached Q Archer approached me I told him I was stretching to get my blood flowing.&quot;

**Associate Signature:** Acknowledged by Williams,Laolu ███████          **Date:** July 05, 2023, 11:41:22 AM

**Manager Signature:** Acknowledged by ███████ ,Ali ███████          **Date:** July 05, 2023, 11:41:22 AM

# EXHIBIT 10

Acknowledged by associate on June 28, 2023, 1:02:53 PM - Delivered by ▮▮▮▮ ,Ali ▮▮▮▮

# Supportive Feedback Document
# Behavioral - Documented Coaching

 amazon.com



**Associate Name:** Williams,Laolu ▮▮▮▮
**Manager Name:** Archer,Q ▮▮▮▮
**Created On:** June 28, 2023, 1:02:53 PM
**Active Days:** 30

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns

On 6/23/2023, you were observed not taking a lunch. It is imperative to take your scheduled breaks. A seek to understand conversation took place with you on 6/23/2023 to which you stated you are waived and refused to take the lunch break and continue to work. You are expected to take a lunch every day. This behavior is considered a Category 2 Offense as listed in The Owner's Manual and results in corrective action: Failure to adhere to starting time, quitting time, or break time policies, or wasting time. Due to this violation of standard work practices, you are being issued a Documented Coaching.

## Areas of Improvement Required by Associate

Going forward, you are expected to come back from breaks and lunches on time and remain on task while performing any function. To meet Amazon's performance expectations, you are required to remain productive during your scheduled shift which includes leaving your work area at your assigned break/lunch start time and arriving back in your work area ready to work by the end of your break/lunch end time. Excessive down time will cause you to not meet performance expectations which could impact your team's morale and performance and ultimately result in an impact to our customers. You should focus all attention during your scheduled shifts to the task at hand and minimize unproductive time. If you have any barriers or concerns please notify your Leadership immediately. Further incidents of unproductive time may lead to further corrective action up to and including termination of employment.

## Associate Comments

AA claims ERC allows him to waive his lunch. Site HR told him that is not the case and he must still take the lunch. AA is contesting this.

**Associate Signature:** Acknowledged by Williams,Laolu ▮▮▮▮    **Date:** June 28, 2023, 1:02:53 PM

**Manager Signature:** Acknowledged by ▮▮▮▮ ,Ali ▮▮▮▮    **Date:** June 28, 2023, 1:02:53 PM

# EXHIBIT 11

Acknowledged by associate on June 28, 2023, 1:02:44 PM - Delivered by ▮▮▮▮ ,Ali ▮▮▮▮

# Supportive Feedback Document
## Behavioral - First Written





**Associate Name:** Williams,Laolu ▮▮▮
**Manager Name:** Archer,Q ▮▮▮
**Created On:** June 28, 2023, 1:02:44 PM
**Active Days:** 30

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| | | |

## Details of Current Incident/Specific Concerns

On 6/24/2023, you were observed not taking a lunch. It is imperative to take your scheduled breaks. A seek to understand conversation took place with you on 6/24/2023 to which you stated you are waived to take the lunch break and continue to work. You are expected to take a lunch every day. This behavior is considered a Category 2 Offense as listed in The Owner's Manual and results in corrective action: Failure to adhere to starting time, quitting time, or break time policies, or wasting time. Due to this violation of standard work practices, you are being issued a First Written. First Written Warning is active for 30 days from the date of delivery.

## Areas of Improvement Required by Associate

Going forward, you are expected to come back from breaks and lunches on time and remain on task while performing any function. To meet Amazon's performance expectations, you are required to remain productive during your scheduled shift which includes leaving your work area at your assigned break/lunch start time and arriving back in your work area ready to work by the end of your break/lunch end time. Excessive down time will cause you to not meet performance expectations which could impact your team's morale and performance and ultimately result in an impact to our customers. You should focus all attention during your scheduled shifts to the task at hand and minimize unproductive time. If you have any barriers or concerns please notify your Leadership immediately. Further incidents of unproductive time may lead to further corrective action up to and including termination of employment.

## Associate Comments

AA claims ERC allows him to waive his lunch. Site HR told him that is not the case and he must still take the lunch. AA is contesting this.

**Associate Signature:** Acknowledged by Williams,Laolu ▮▮▮▮          **Date:** June 28, 2023, 1:02:44 PM

**Manager Signature:** Acknowledged by ▮▮▮ s,Ali ▮▮▮▮          **Date:** June 28, 2023, 1:02:44 PM

# EXHIBIT 12





# EXHIBIT 13

Amazon (Williams, Michael O.)          Non-Confidential Position Statement Exhibits                    000033

| — | Completed On | Module Id | Module Name | Type | Module Requirement | Location | Instructor | Grade | Updated By |
|---|---|---|---|---|---|---|---|---|---|
| X | 07/13/2023 | 107761 | AMZL IAT Full Pick and Stage Preclearance | Process | Class | 0101 | ███████ | Pass | ████ |
| X | 07/13/2023 | 107760 | AMZL IAT Full Induct Preclearance | Safety | Class | 0101 | | Pass | |
| X | 07/13/2023 | 107759 | AMZL IAT Full Stow Preclearance | Process | Class | 0101 | | Pass | |
| X | 07/10/2023 | 107761 | AMZL IAT Full Pick and Stage Preclearance | Process | Class | DAB5 | | Pass | |
| X | 07/10/2023 | 107760 | AMZL IAT Full Induct Preclearance | Safety | Class | DAB5 | | Pass | |

Amazon (Williams, Michael O.)          Non-Confidential Position Statement Exhibits          000034

| — | Completed On | Module Id | Module Name | Type | Module Requirement | Location | Instructor | Grade | Updated By |
|---|---|---|---|---|---|---|---|---|---|
| X | 07/10/2023 | 107759 | AMZL IAT Full Stow Preclearance | Process | Class | DAB5 | ███ | Pass | ███ |
| X | 05/17/2023 | 125595 | UTR Safety Reinforcer Stand Down | Safety | Class | DAB5 | | Pass | |
| X | 04/18/2023 | 87808 | AMZL Safety School Demonstration Piece | Safety | Class | DAB5 | | Pass | |
| X | 04/19/2023 | 97970 | AMZL Smart Stow Umbrella | Process | Class | DAB5 | | Pass | |
| X | 04/19/2023 | 107761 | AMZL IAT Full Pick and Stage Preclearance | Process | Class | DAB5 | | Pass | |
| X | 04/19/2023 | 107760 | AMZL IAT Full Induct Preclearance | Safety | Class | DAB5 | | Pass | |
| X | 04/19/2023 | 107759 | AMZL IAT Full Stow Preclearance | Process | Class | DAB5 | | Pass | |
| X | 04/17/2023 | 119134 | New Hire Orientation - AMZL UTR | Process | Class | DAB5 | | Pass | |
| X | 04/17/2023 | 119133 | PxT AMZL Day 1 Experience | Process | Class | DAB5 | | Pass | |
| X | 04/17/2023 | 118564 | NHE WHS Presentation | Safety | Class | DAB5 | | Pass | |
| X | 04/17/2023 | 107553 | Amazon Day 1 Meet and Greet Module 107553 | Process | Class | DAB5 | | Pass | |
| X | 04/17/2023 | 107548 | 4 Day Onboarding Debrief Day 1 | Process | Class | DAB5 | | Pass | |
| X | 04/17/2023 | 87808 | AMZL Safety School Demonstration Piece | Safety | Class | DAB5 | | Pass | |
| X | 04/17/2023 | 16225 | Safety Standards of Conduct_ID 16225 | Safety | Class | DAB5 | | Pass | |

Amazon (Williams, Michael O.)    Non-Confidential Position Statement Exhibits    000035

| – | Completed On | Module Id | Module Name | Type | Module Requirement | Location | Instructor | Grade | Updated By |
|---|---|---|---|---|---|---|---|---|---|
| X | 04/17/2023 | 89345 | Divert Umbrella Tracking Module | Process | Class | DAB5 | ███████ | Pass | ███████ |
| X | 04/17/2023 | 94997 | Dock Associate Umbrella Tracking Module | Process | Class | DAB5 | | Pass | |
| X | 04/17/2023 | 88539 | Pick & Stage Umbrella Tracking Module | Process | Class | DAB5 | | Pass | |
| X | 04/17/2023 | 86175 | AMZL Smart Stow - PICK to BUFFER | Process | Class | DAB5 | | Pass | |

Amazon (Williams, Michael O.)     Non-Confidential Position Statement Exhibits     000036

# EXHIBIT 14

Amazon (Williams, Michael O.)                Non-Confidential Position Statement Exhibits                                    000037

Acknowledged by associate on July 19, 2023, 12:56:14 PM - Delivered by ████████ ,Al ████████

# Supportive Feedback Document
# Safety - Termination



**Associate Name:** Williams,Laolu ████████
**Manager Name:** Archer,Q ████████
**Created On:** July 19, 2023, 12:56:14 PM



## Summary

Your recent job performance is not meeting Safety expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations.

## Communication History

The following is a summary of your safety feedback:

| Level | Count | Most Recent |
|---|---|---|
| First Written | 1 | July 03, 2023, 1:14:30 PM |
| Final Written | 1 | July 03, 2023, 1:17:56 PM |

## Details of Current Incident/Specific Concerns

On 7/13/2023, you committed a safety violation. Specifically, you was riding a pick cart like a scooter. A seek to understand conversation took place with you on 7/14/2023 to which you stated &quot;No one had informed me you were not allowed to ride carts. It is the first time anyone from Safety told me this.&quot;

## Areas of Improvement Required by Associate

Amazon is committed to providing a safe work environment, and it is everyone's responsibility to work in a safe, responsible manner and to call out unsafe situations. Adhering to Amazon.com's Safety Standards of Conduct is critical to maintaining this safe work environment and you are expected to follow these standards at all times. As detailed above, you failed to meet these expectations. Termination of employment will be effective immediately.

## Associate Comments

Associate claimed that he had seen other associates riding carts. He also claimed that he had done it before in front of other managers and no one said anything.

**Associate Signature:** Acknowledged by Williams,Laolu ████████      **Date:** July 19, 2023, 12:56:14 PM

**Manager Signature:** Acknowledged by █ ████ ,Ali ████████      **Date:** July 19, 2023, 12:56:14 PM